**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alyssa Jo Schlienz, | ) | Case No. 4:15-cr-122-16 |
| | ) | |
| Defendant. | ) | |

Defendant was released on conditions following her arraignment and detention hearing on August 14, 2015. One of the conditions of her release was that she was to have no contact with any of her co-defendants.

On September 8, 2015, the parties filed a "Stipulation to Amend Pretrial Release Conditions." Therein, the parties agreed that defendant may have contact with James Locklear, a co-defendant.

The court **ADOPTS** the parties stipulation (Docket No. 197) and **AMENDS** defendant's release conditions to permit contact between defendant and James Locklear.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court